**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANNETTE RIVERA<br><br>    v.<br><br>PETSMART, INC. and MEDICAL MANAGEMENT INTERNATIONAL, INC. | CIVIL ACTION<br><br>NO. 18-2121 |

## ORDER RE: MOTION TO DISMISS AND COMPEL ARBITRATION

AND NOW, this 17th day of October, 2018, having considered Defendant's Motion to Dismiss and Compel Arbitration (ECF 4, 5), and Plaintiff's Response thereto (ECF 6), and for the reasons set out in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. The Clerk shall close this case.

**BY THE COURT:**

/s/ Michael M. Baylson
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 18\18-2121 Rivera v PetSmart\18cv2121 Order re MTD and Compel Arb.docx